United States District Court
For the Northern District of California

***E-FILED - 5/7/08***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTIAN R. WILLIAMS,

Plaintiff,

v.

SHERIFF DON HORSLEY, et al.,

Defendants.

_______________________________________/

No. C 03-5158 RMW (PR)

ORDER GRANTING PLAINTIFF'S MOTIONS FOR EXTENSION OF TIME

(Docket Nos. 37, 47)

Plaintiff, a civil detainee pursuant to California's Sexually Violent Predators Act (Cal. Welf. & Inst. Code § 6600, et seq. ("SVPA")) proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On January 7, 2008, the court dismissed two of plaintiff's claims and ordered service of the second amended complaint on the named defendants. Defendants have filed an answer to the second amended complaint and a motion for summary judgment. Plaintiff has filed a motion for an extension of time in which to file a response to defendants' answer and a motion for an extension of time to file an opposition to defendants' motion for summary judgment. The court notes that plaintiff is not required to file a response to defendants' answer. The court concludes that plaintiff has shown good cause for such extensions.

**United States District Court**
For the Northern District of California

Accordingly, plaintiff's motions for extension of time (docket nos. 37, 47) are GRANTED. Plaintiff shall file his opposition to the pending motion for summary judgment, and serve a copy on defendants' counsel, **within sixty (60) days** of the date this order is filed. Defendants shall file a reply brief no later than **fifteen (15) days** after the date plaintiff's opposition is filed. The matter will be deemed submitted as of the date the reply brief is due.

It is plaintiff's responsibility to prosecute this case. Plaintiff must keep the court informed of any change of address by filing a separate paper with the clerk headed "Notice of Change of Address." He must comply with the court's orders in a timely fashion or ask for an extension of time to do so. Failure to comply may result in the dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

DATED: 5/5/08

Ronald M. Whyte
RONALD M. WHYTE
United States District Judge

Order Granting Plaintiff's Motions for Extension of Time
P:\PRO-SE\SJ.Rmw\CR.03\Williams158ext.wpd
2