*E-FILED - 8/7/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN R. WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>SHERIFF DON HORSLEY, et al.,<br><br>    Defendants.<br>_____/ | No. C 03-5158 RMW (PR)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME<br><br><br><br><br>(Docket No. 50) |

Plaintiff, a civil detainee pursuant to California's Sexually Violent Predators Act (Cal. Welf. & Inst. Code § 6600, et seq. ("SVPA")) proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On January 7, 2008, the court dismissed two of plaintiff's claims and ordered service of the second amended complaint on the named defendants. On March 14, 2008, defendants filed a motion for summary judgment. Plaintiff received an extension of time, to July 20, 2008, in which to file an opposition. He has requested a further extension of time of sixty more days in which to file his opposition. Plaintiff has already had over four months in which to file his opposition. Accordingly, the court will only grant a brief additional extension of time. Plaintiff shall file his opposition to the pending motion for summary judgment, and serve a copy on defendants' counsel, **on or before August 15, 2008.** Defendants **shall** file a reply brief no later than **fourteen (14)**

Order Granting Plaintiff's Motion for Extension of Time
G:\PRO-SE\SJ.Rmw\CR.03\Williams158ext.wpd

**days** after the date plaintiff's opposition is filed. As this matter has been pending for nearly five years, and plaintiff will have had nearly five months in which to prepare his opposition, no further extensions of time will be granted.

This order terminates Docket No. 50.

IT IS SO ORDERED.

DATED: 8/4/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge