1
2
3        E-FILED on 9/24/12
4
5
6
7
8
9              IN THE UNITED STATES DISTRICT COURT

10          FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  CHRISTIAN R. WILLIAMS,              )   No. C 03-5158 RMW (PR)
                                        )
12              Plaintiff,              )   ORDER RE-OPENING CASE;
                                        )   APPOINTING COUNSEL
13       v.                             )
                                        )
14  SHERIFF DON HORSLEY, et al.,        )
                                        )
15              Defendants.             )
    _____)
16
17          Plaintiff, a state prisoner, filed a second amended *pro se* prisoner complaint under 42

18  U.S.C. § 1983.  On September 29, 2008, the court granted defendants' motion for summary

19  judgment.  On July 2, 2012, the Ninth Circuit Court of Appeals reversed and remanded this case.

20  In its memorandum disposition, it directed this court to appoint counsel for plaintiff.

21  Accordingly, the clerk shall re-open this matter.

22          Thus, this matter is referred to the Federal Pro Bono Project to find counsel.  The Clerk

23  shall forward to the Federal Pro Bono Project: (i) a copy of this order, (ii) a copy of the docket

24  sheet, and (iii) a copy of the operative complaint and relevant Court orders. Upon an attorney

25  being located to represent plaintiff, that attorney shall be appointed as counsel for plaintiff in this

26  matter until further order of the court.

27          All proceedings in this action are stayed until four weeks from the date an attorney is

28  appointed to represent plaintiff.

Order Re-Opening Case; Appointing Counsel
G:\PRO-SE\SJ.Rmw\CR old\CR.03\Williams158apptcounsel.wpd

1

IT IS SO ORDERED.

2

DATED: _____   JEB EFG

_____

RONALD M. WHYTE

3

United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Re-Opening Case; Appointing Counsel
G:\PRO-SE\SJ.Rmw\CR old\CR.03\Williams158apptcounsel.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WILLIAMS,

             Plaintiff,

  v.

HORSLEY et al,

             Defendant.

_____/

Case Number: CV03-05158 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 24, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christian R. Williams AT/510735
Coalinga State Hospital
RT 4234
P O Box 5003
Coalinga, CA 93210-5003

Dated: September 24, 2012

Richard W. Wieking, Clerk
By: Jackie Lynn Garcia, Deputy Clerk