IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTIAN R. WILLIAMS, | ) | No. C 03-5158 RMW (PR) |
| Plaintiff, | ) ) | ORDER APPOINTING PRO BONO COUNSEL |
| v. | ) ) | |
| SHERIFF DON HORSLEY, et al., | ) ) | |
| Defendants. | ) ) | |

     Plaintiff, a state prisoner, filed a second amended pro se prisoner complaint under 42 U.S.C. § 1983. On September 29, 2008, the court granted defendants' motion for summary judgment. On July 2, 2012, the Ninth Circuit Court of Appeals reversed and remanded this case. In its memorandum disposition, it directed this court to appoint counsel for plaintiff. On September 24, 2012, the court re-opened this case and referred it to the Federal Pro Bono Project of the Volunteer Legal Services Program ("VLSP") to locate counsel.[1]

     The VLSP has informed the court that Maria Dryden of the DLA Piper LLP Global Law Firm, 400 Capitol Mall Suite 2400, Sacramento, California 95814, (916) 930-3200, has agreed to serve as appointed pro bono counsel for plaintiff. Thus, Maria Dryden is hereby APPOINTED

---

[1] On December 11, 2012, plaintiff wrote a letter to the court requesting that Tai Lui Tan of Fenwick & West LLP law firm be re-appointed in this matter to represent him. VLSP contacted counsel, who indicated that Fenwick & West LLP was unable to take the case at this time.

Order Appointing Pro Bono Counsel
G:\PRO-SE\SJ.Rmw\CR old\CR.03\Williams158apptatty.wpd

1  as counsel for plaintiff pursuant to 28 U.S.C. § 1915(e)(1) and the court's Federal Pro Bono
2  Project guidelines.  The scope of this referral shall be for all purposes for the duration of the
3  case.
4       The clerk shall set this matter for a case management conference within 90 days of the
5  filing date of this order.
6       IT IS SO ORDERED.
7  DATED: _____

RONALD M. WHYTE
United States District Judge

Order Granting Plaintiff's Motion to Appoint Counsel
G:\PRO-SE\SJ.Rmw\CR old\CR.03\Williams158apptatty.wpd  2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WILLIAMS,

        Plaintiff,

  v.

HORSLEY et al,

        Defendant.

Case Number: CV03-05158 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 22, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christian R. Williams AT/510735
Coalinga State Hospital
RT 4234
P O Box 5003
Coalinga, CA 93210-5003

Dated: January 22, 2013

                                        Richard W. Wieking, Clerk
                                        By: Jackie Lynn Garcia, Deputy Clerk