JOHN C. BEIRS, COUNTY COUNSEL (SBN 144282)
By: David A. Silberman, Deputy (SBN 211708)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA 94063
Telephone: (650) 363-4749
Facsimile: (650) 363-4034
E-mail: dsilberman@co.sanmateo.ca.us

Attorneys for Defendants
COUNTY OF SAN MATEO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN R. WILLIAMS<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN MATEO, et al.<br><br>Defendants. | Case No. CV-03-5158 RMW<br><br>**STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT CONFERENCE** |

## RECITALS

1.   WHEREAS, this case was initially filed in 2003;

2.   WHEREAS, the County filed a motion for summary judgment in March 2008, which was granted in September 2008;

3.   WHEREAS, the Ninth Circuit reversed in July 2012 and Ordered that Plaintiff be appointed counsel;

4.   WHEREAS, in September 2012 the District Court reopened the case, but stayed it pending appointment of counsel (and an additional four weeks following appointment);

5.   WHEREAS, in January 2013 the District Court appointed counsel;

6.   WHEREAS, since that time the undersigned have been diligently exploring whether the case can be resolved without further litigation;

7.   WHEREAS, those conversations remain ongoing, no significant discovery has occurred, but a Case Management Conference is scheduled for April 26, 2013, a date which triggers meet and

WEST\240754367.1

-1-

STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT CONFERENCE

confer and filing requirements that the parties would prefer to delay until they exhaust current resolution efforts;

8. WHEREAS, April 26, 2013 is the first scheduled Case Management Conferences and the parties have not previously requested a continuance of a Case Management Conference;

9. WHEREAS, because Plaintiff remains in civil custody, communication with him is more challenging than normal and can therefore require additional time;

## STIPULATION

The parties hereby stipulate that, with the Court's agreement, the Case Management Conference currently scheduled for April 26, 2013, be continued for approximately three months to facilitate exhaustion of settlement discussions.

Dated: April 5, 2013                         DLA Piper LLP (US)

                                            By: _____
                                                 Maria Dryden
                                                 Attorney for Plaintiff
                                                 CHRISTIAN WILLIAMS

Dated: April 5, 2013                         John C. Beiers
                                            ~~MICHAEL P. MURPHY~~, COUNTY COUNSEL

                                            By: _____
                                                 David A. Silberman, Deputy
                                                 Attorneys for Defendants
                                                 COUNTY OF SAN MATEO, et al.

## [~~PROPOSED~~] ORDER

**GOOD CAUSE APPEARING,** the Case Management Conference currently scheduled for April 26, 2013 is hereby continued to July 19, 2013, at 10:30 a.m.

**IT IS SO ORDERED.**

Dated: _____, 2013                      _____
                                             RONALD M. WHYTE, JUDGE
                                             UNITED STATES DISTRICT COURT