MARIA DRYDEN (SBN 215758)
**DLA PIPER LLP (US)**
400 Capitol Mall, Suite 2400
Sacramento, CA 95814-4428
Tel: 916.930.3200
Fax: 916.930.3201
Email: Maria.Dryden@dlapiper.com

Attorneys for Plaintiff
CHRISTIAN R. WILLIAMS

JOHN C. BEIRS, COUNTY COUNSEL (SBN 144282)
By: David A. Silberman, Deputy (SBN 211708)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA 94063
Telephone: (650) 363-4749
Facsimile: (650) 363-4034
E-mail: dsilberman@co.sanmateo.ca.us

Attorneys for Defendants
COUNTY OF SAN MATEO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN R. WILLIAMS,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN MATEO, et al.<br><br>    Defendants. | Case No. CV-03-5158 RMW<br><br>**STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT CONFERENCE** |

**RECITALS**

1. WHEREAS, this case was initially filed in 2003;

2. WHEREAS, the County filed a motion for summary judgment in March 2008, which was granted in September 2008;

3. WHEREAS, the Ninth Circuit reversed in July 2012 and Ordered that Plaintiff be appointed counsel;

4. WHEREAS, in September 2012 the District Court reopened the case, but stayed it pending appointment of counsel (and an additional four weeks following appointment);

-1-

5. WHEREAS, in January 2013 the District Court appointed counsel;

6. WHEREAS, since that time the undersigned have been diligently exploring whether the case can be resolved without further litigation;

7. WHEREAS, those conversations remain ongoing, no significant discovery has occurred, but a Case Management Conference is scheduled for July 19, 2013, a date which triggers meet and confer and filing requirements that the parties would prefer to delay until they exhaust current resolution efforts;

8. WHEREAS, July 19, 2013 is the second scheduled Case Management Conference and the parties have previously requested one continuance of the Case Management Conference in order to explore whether the case can be resolved without further litigation;

9. WHEREAS, because Plaintiff remains in civil custody, communication with him is more challenging than normal and can therefore require additional time;

## STIPULATION

The parties hereby stipulate that, with the Court's agreement, the Case Management Conference currently scheduled for July 19, 2013, be continued for approximately three months to facilitate exhaustion of settlement discussions.

Dated: 7-10-13

DLA Piper LLP (US)

By: /s/ Maria Dryden
Maria Dryden
Attorney for Plaintiff
CHRISTIAN WILLIAMS

Dated: 7-10-13

JOHN C. BEIERS, COUNTY COUNSEL

By: /s/ David Silberman
David A. Silberman, Deputy
Attorneys for Defendants
COUNTY OF SAN MATEO, et al.

-2-

STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT CONFERENCE

WEST\241583320.1

## [PROPOSED] ORDER

**GOOD CAUSE APPEARING**, the Case Management Conference currently scheduled for July 19, 2013 is hereby continued to October 18, 2013, at 10:30 a.m., with the Joint Case Management Statement due October 11, 2013.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2013

*/s/ Ronald M. Whyte*
RONALD M. WHYTE, JUDGE
UNITED STATES DISTRICT COURT