1  MARIA DRYDEN (SBN 215758)
   **DLA PIPER LLP (US)**
2  400 Capitol Mall, Suite 2400
   Sacramento, CA 95814-4428
3  Tel: 916.930.3200
   Fax: 916.930.3201
4  Email: Maria.Dryden@dlapiper.com

5  Attorneys for Plaintiff
   CHRISTIAN R. WILLIAMS

6

7  JOHN C. BEIRS, COUNTY COUNSEL (SBN 144282)
   By: David A. Silberman, Deputy (SBN 211708)
8  Hall of Justice and Records
   400 County Center, 6th Floor
9  Redwood City, CA 94063
   Telephone: (650) 363-4749
10 Facsimile: (650) 363-4034
   E-mail: dsilberman@co.sanmateo.ca.us
11
   Attorneys for Defendants
12 COUNTY OF SAN MATEO, et al.

13

14                 UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16 CHRISTIAN R. WILLIAMS          | Case No. CV-03-5158 RMW

17        Plaintiff,              | **STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT CONFERENCE**

18    vs.

19 COUNTY OF SAN MATEO, et al.

20        Defendants.

21                        **RECITALS**

22    1.   WHEREAS, this case was initially filed in 2003;

23    2.   WHEREAS, the County filed a motion for summary judgment in March 2008, which was

24 granted in September 2008;

25    3.   WHEREAS, the Ninth Circuit reversed in July 2012 and Ordered that Plaintiff be

26 appointed counsel;

27    4.   WHEREAS, in September 2012 the District Court reopened the case, but stayed it

28 pending appointment of counsel (and an additional four weeks following appointment);

WEST\243168598.1                    -1-

STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT CONFERENCE

5. WHEREAS, in January 2013 the District Court appointed counsel;

6. WHEREAS, since that time the undersigned have been diligently exploring whether the case can be resolved without further litigation;

7. WHEREAS, after ongoing conversations, the parties have reached an agreement regarding the financial terms of a proposed settlement agreement resolving this matter without further litigation;

8. WHEREAS, the parties continue to discuss the resolution of non-financial terms of a proposed settlement agreement and are optimistic that such non-financial terms may be resolved without further litigation;

9. WHEREAS, those conversations remain ongoing, no significant discovery has occurred, but a Case Management Conference is scheduled for October 18, 2013, a date which triggers meet and confer and filing requirements that the parties would prefer to delay until they exhaust current resolution efforts;

10. WHEREAS, October 18, 2013 is the third scheduled Case Management Conference and the parties have previously requested two continuances of the Case Management Conference in order to explore whether the case can be resolved without further litigation;

11. WHEREAS, because Plaintiff remains in civil custody, communication with him is more challenging than normal and can therefore require additional time;

12. WHEREAS, Plaintiff has been experiencing health problems causing further challenges in communications with him;

## STIPULATION

The parties hereby stipulate that, with the Court's agreement, the Case Management Conference currently scheduled for October 18, 2013, be continued for approximately three months to facilitate exhaustion of settlement discussions.

| | | |
|---|---|---|
| 1 | Dated: | DLA Piper LLP (US) |
| 2 | | |
| 3 | | By: _/s/ Maria Dryden_ |
| 4 | | Maria Dryden |
| | | Attorney for Plaintiff |
| 5 | | CHRISTIAN WILLIAMS |
| 6 | Dated: | JOHN C. BEIERS, COUNTY COUNSEL |
| 7 | | |
| 8 | | By: _/s/ David A. Silberman_ |
| 9 | | David A. Silberman, Deputy |
| | | Attorneys for Defendants |
| 10 | | COUNTY OF SAN MATEO, et al. |

WEST\243168598.1                           -3-

STIPULATION AND [~~PROPOSED~~] ORDER RE CASE MANAGEMENT CONFERENCE

[~~PROPOSED~~] ORDER

**GOOD CAUSE APPEARING,** the Case Management Conference currently scheduled for October 18, 2013 is hereby continued to January 17, 2014 at 10:30 a.m., with the Joint Case Management Statement due January 10, 2014.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2013

*/s/ Ronald M. Whyte*
RONALD M. WHYTE, JUDGE
UNITED STATES DISTRICT COURT